James A. Alderson, Esq.  SBN: 241860
ALDERSON LAW FIRM
14350 Civic Drive, Suite 280
Victorville, CA 92392
(760) 245-1818
(760) 245-3255 Fax
aldersonlawfirm@gmail.com

Attorney for Plaintiff, Gabriel Ortiz

# FEDERAL COURT OF CALIFORNIA
# EASTERN DISTRICT

| | |
|---|---|
| GABRIEL ORTIZ,<br><br>        Plaintiffs,<br><br>vs<br><br>THE COUNTY OF SAN BERNARDINO, a governmental entity, and Does 1-50, inclusively,<br><br>        Defendants. | Case No.:<br><br>**COMPLAINT FOR DAMAGES:**<br><br>1)    Wrongful Arrest and False Imprisonment- 4th Amendment |

Plaintiff's allege:

1. Plaintiff, GABRIEL ORTIZ, was a resident of San Bernardino County at the time of the incident herein.

2. Defendant, THE COUNTY OF SAN BERNARDINO, is a government entity, doing business in Victorville, California

3. Based on information and belief, Plaintiff alleges that Defendant, THE COUNTY OF SAN BERNARDINO is, and at all times herein mentioned in this complaint a governmental entity, organized and existing under the laws of the State of California.

4. At all times mentioned herein, Defendant, THE COUNTY OF SAN BERNARDINO, owns, operates, manages, controls, staffs, maintains and supervises the jail(s) where Plaintiff was held.

5. At all times mentioned herein, Defendant, THE COUNTY OF SAN BERNARDINO, owns, operates, manages, controls, staffs, maintains and supervises the SAN BERNARDINO COUNTY SHERIFF'S DEPARTMENT in Victorville, California.

6. At all times mentioned herein, Defendant, THE COUNTY OF SAN BERNARDINO, owns, operates, manages, controls, staffs, maintains and supervises the DISTRICT ATTORNEYS OFFICE in Victorville, California.

7. The true names and capacities, whether individual, corporate, associate or otherwise of defendants Does 1-50, inclusive, are unknown to plaintiff, who therefore sues these defendants by such fictitious names and will amend this complaint to show their true names and capacities when ascertained. Plaintiff is informed and believes and thereon alleges that each of the fictitiously named defendants is negligently or is otherwise responsible in some manner for the occurrences alleged in this complaint, and that plaintiff's injuries and damages alleged in this complaint were proximately caused by that negligence.

8. Plaintiff is informed and believes, and therefore alleges, that at all times mentioned in this complaint defendants and each of them, were the agents and employees of all other defendants and were acting at all times within the course and scope of that agency and/or employment and with the knowledge and consent of the remaining defendants and each of them.

9. At all times mentioned in this complaint, on or about February 09, 2023, a shooting occurring in Victorville, California, whereby Plaintiff's brother was Identified as a shooter. A video of the incident existed unbeknownst to Plaintiff. Based on later discovered evidence, the COUNTY OF SAN BERNARDINO SHERIFF DEPARTMENT obtained the video the same day of the incident.

10. A warrant was issued for the arrest and search of Plaintiff's brother and residence.

11. The COUNTY OF SAN BERNARDINO SHERIFF DEPARTMENT however, arrested Plaintiff on or February 10, 2023, for violating PC §664/187 (a).

12. The San Bernardino County DA office filed a complaint against Plaintiff and Plaintiff's brother on or about February 14, 2023, for violating (4 counts) PC §664/187 (a), §245(a)(2), PC §245(a)(2), and PC §246.

Complaint for Damages

13. Plaintiff was incarcerated at one of the jail(s) owned, operated, controlled and supervised by Defendant, THE COUNTY OF SAN BERNARDINO from February 10, 2023, until his release order on September 21, 2023, (Ex 2). Plaintiff was not physically released until September 23, 2023.

14. During the course of Plaintiff's incarceration there was no evidence presented that Plaintiff was identified in the shooting or the incident alleged in the complaint (Ex 1). None of the witness identified Plaintiff in any way whatsoever. The video was requested from the Defendant, by and through, Plaintiff criminal defense attorney. The Defendant, by and through, the DA's office and SAN BERNARDINO COUNTY SHERIFF DEPARTMENT intentionally withheld and suppressed the video until September 21, 2023, the date of Plaintiff's OR order.

15. The video clearly shows a taller, skinny individual as the accomplis with Plaintiff's brother. Plaintiff is not a skinny individual by any means whatsoever. Plaintiff is short and obese. Plaintiff in way possible could be identified as the accomplis.

16. During most of Plaintiff's incarceration, Plaintiff's brother was on the run. Defendant, was intentionally withholding the evidence of the video and detaining Plaintiff, so as to get information on his brother and the criminal acts alleged in the felony complaint (Ex 1).

17. The case against Plaintiff was completely dismissed on December 19, 2023.

18. Plaintiff alleges that Defendant, THE COUNTY OF SAN BERNARDINO, intentionally withheld and suppressed the video in his criminal case, for the improper purpose of having Plaintiff divulge information in violation of PC§ 1054 and 4th Amendment of the US Constitution.

## FIRST CAUSE OF ACTION

**(Wrongful Arrest and Fasle Imprisonment-** 4th Amendment Violation - All Defendants)

19. Plaintiffs re-alleges paragraphs 1-18 as though set forth in full herein.

20. Plaintiff was wrongfully arrested, prosecuted and incarcerated by the Defendants, and each of them, on or about February 10, 2023, until his release order on September 21, 2023.

21. Defendants arrested, prosecuted and incarcerated Plaintiff knowing that Plaintiff was not involved in the shooting or criminal acts as alleged in the felony complaint (Ex 1).

22. Defendants, and each of them, intentionally withheld and suppressed the video in his criminal case, for the improper purpose of having Plaintiff divulge information regarding the whereabouts oof his brother and the shooting in the felony complaint (Ex 1).

23. Defendants, and each of them, turned the video over to Plaintiff's criminal defense attorney on or about September 21, 2023. Plaintiff was released on OR on September 21, 2023.

24. Defendants' own, operate and maintain the jails where Plaintiff was housed from February 10, 2023, until September 23, 2023.

25. Defendants, and each of them, knew Plaintiff had nothing to do with the shooting or criminal acts as alleged in the felony complaint (Ex 1), however, Defendants, arrested, charged, prosecuted, and incarcerated Plaintiff from February 10, 2023, until September 23, 2023. Thereafter dismissing the case (Ex 1) on December 19, 2023.

26. Defendants, and each of them, had no good faith belief for the detention, arrest, prosecution and/or incarceration of Plaintiff.

27. The aforesaid actions by Defendants, and each of them, is a violation of the 4th Amendment of the US Constitution.

28. As a direct, proximate result of Defendants' actions Plaintiffs' have sustained the following injuries, which includes, but not limited to: emotional distress, inconvenience, loss of liberty, and pain and suffering all to his general damages in a sum according to proof at the time of trial.

29. As a further direct, proximate result of Defendants' actions Plaintiffs' have sustained the following economic loss, which includes, but not limited to: loss of earnings, and ability to earn all to his general damages in a sum according to proof at the time of trial.

WHEREFORE, Plaintiffs pray:

For all Causes of Action:

1. General Damages in an amount proven at the time of trial;
2. Special Damages in an amount proven at the time of trial;
3. Attorneys fees;

4. Pre-judgment interest; and

5. Any other relief as deemed appropriate and proper by this Court.

Dated: September 16, 2025 By: _____
JAMES A. ALDERSON, ESQ
Attorney for Plaintiff

**EXHIBIT "1"**

ELECTRONICALLY FILED
SUPERIOR COURT OF CALIFORNIA
COUNTY OF SAN BERNARDINO

SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN BERNARDINO
VICTORVILLE DISTRICT

02/14/2023 - V8
BY:   Carrillo, Alejandra
DEPUTY CLERK

THE PEOPLE OF THE STATE OF CALIFORNIA,   )
                                          )
                             Plaintiff    )
                                          )
                                          )
              vs.                         )
                                          )  FELONY COMPLAINT
Eloy Anthony Ortiz                        )
Gabriel Eric Ortiz                        )  COURT CASE NUMBER: FVI23000492
                                          )
                                          )  DA CASE NO 2023-00-0007421
                                          )
                                          )
                             Defendant    )
                                          )
                                          )
                                          )
                                          )

The undersigned is informed and believes that:

COUNT 1

On or about February 09, 2023, in the above-named judicial district, the crime of WILLFUL, DELIBERATE, AND PREMEDITATED ATTEMPTED MURDER, in violation of PENAL CODE SECTION 664/187(a), a felony, was committed by Eloy Anthony Ortiz and Gabriel Eric Ortiz, who did unlawfully and with malice aforethought attempt to murder Junior Charles Jameson, a human being.

It is further alleged that the aforesaid attempted murder was committed willfully, deliberately and with premeditation within the meaning of Penal Code section 664(a).

NOTICE:  The above offense is a serious felony within the meaning of Penal Code section 1192.7(c) and a violent felony within the meaning of Penal Code section 667.5(c).

It is further alleged as to count(s) 1, 4  that said defendant(s) Eloy Anthony Ortiz personally and intentionally discharged a firearm, a handgun, which proximately caused great bodily injury and death to Junior Charles Jameson within the meaning of Penal Code section 12022.53(d).     It is

Page 1

further alleged as to count(s) 1, 4 that said defendant(s) Eloy Anthony Ortiz personally and intentionally discharged a firearm, a handgun, within the meaning of Penal Code section 12022.53(c).   It is further alleged as to count(s) 1, 4 that said defendant(s) Eloy Anthony Ortiz personally used a firearm, a handgun, within the meaning of Penal Code section 12022.53(b).

It is further alleged as to count(s) 1, 4 that said defendant(s) Gabriel Eric Ortiz personally and intentionally discharged a firearm, a handgun, which proximately caused great bodily injury and death to Junior Charles Jameson within the meaning of Penal Code section 12022.53(d).   It is further alleged as to count(s) 1, 4 that said defendant(s) Gabriel Eric Ortiz personally and intentionally discharged a firearm, a handgun, within the meaning of Penal Code section 12022.53(c).   It is further alleged as to count(s) 1, 4 that said defendant(s) Gabriel Eric Ortiz personally used a firearm, a handgun, within the meaning of Penal Code section 12022.53(b).

*****
COUNT 2

On or about February 09, 2023, in the above-named judicial district, the crime of ASSAULT WITH A FIREARM, in violation of PENAL CODE SECTION 245(a)(2), a felony, was committed by Eloy Anthony Ortiz and Gabriel Eric Ortiz, who did willfully and unlawfully commit an assault on Amber Mullen with a firearm.

NOTICE: It is further alleged that, pursuant to Penal Code section 1203.095, there is a presumptive minimal jail time required if you are convicted of this charge.

NOTICE: The above offense is a serious felony within the meaning of Penal Code section 1192.7(c).

It is further alleged that the defendant(s) Eloy Anthony Ortiz personally used a firearm, to wit, a Handgun within the meaning of Penal Code Section 12022.5(a) and (d), 1192.7(c) and 667.5(c)

It is further alleged that the defendant(s) Gabriel Eric Ortiz personally used a firearm, to wit, a Handgun within the meaning of Penal Code Section 12022.5(a) and (d), 1192.7(c) and 667.5(c)

*****
Page 2

Complaint    DA CASE NO: 2023-00-0007421

COUNT 3

On or about February 09, 2023, in the above-named judicial district, the crime of ASSAULT WITH A FIREARM, in violation of PENAL CODE SECTION 245(a)(2), a felony, was committed by Eloy Anthony Ortiz and Gabriel Eric Ortiz, who did willfully and unlawfully commit an assault on Teresa Marie Massie with a firearm.

NOTICE: It is further alleged that, pursuant to Penal Code section 1203.095, there is a presumptive minimal jail time required if you are convicted of this charge.

NOTICE: The above offense is a serious felony within the meaning of Penal Code section 1192.7(c).

It is further alleged that the defendant(s) Eloy Anthony Ortiz personally used a firearm, to wit, a Handgun within the meaning of Penal Code Section 12022.5(a) and (d), 1192.7(c) and 667.5(c)

It is further alleged that the defendant(s) Gabriel Eric Ortiz personally used a firearm, to wit, a Handgun within the meaning of Penal Code Section 12022.5(a) and (d), 1192.7(c) and 667.5(c)

*****
COUNT 4

On or about February 09, 2023, in the above-named judicial district, the crime of SHOOTING AT AN INHABITED DWELLING/OCCUPIED MOTOR VEHICLE/OCCUPIED AIRCRAFT/ETC, in violation of PENAL CODE SECTION 246, a felony, was committed by Eloy Anthony Ortiz and Gabriel Eric Ortiz, who did willfully, unlawfully, and maliciously discharge a firearm at an occupied motor vehicle.

NOTICE: It is further alleged that, pursuant to Penal Code section 1203.095, there is a presumptive minimal jail time required if you are convicted of this charge.

NOTICE: The above offense is a serious felony within the meaning of Penal Code section 1192.7(c).

It is further alleged as to count(s) 1, 4 that said defendant(s) Eloy Anthony Ortiz personally and intentionally discharged a firearm, a handgun, which proximately caused great bodily injury and

death to Junior Charles Jameson within the meaning of Penal Code section 12022.53(d). It is further alleged as to count(s) 1, 4 that said defendant(s) Eloy Anthony Ortiz personally and intentionally discharged a firearm, a handgun, within the meaning of Penal Code section 12022.53(c). It is further alleged as to count(s) 1, 4 that said defendant(s) Eloy Anthony Ortiz personally used a firearm, a handgun, within the meaning of Penal Code section 12022.53(b).

It is further alleged as to count(s) 1, 4 that said defendant(s) Gabriel Eric Ortiz personally and intentionally discharged a firearm, a handgun, which proximately caused great bodily injury and death to Junior Charles Jameson within the meaning of Penal Code section 12022.53(d). It is further alleged as to count(s) 1, 4 that said defendant(s) Gabriel Eric Ortiz personally and intentionally discharged a firearm, a handgun, within the meaning of Penal Code section 12022.53(c). It is further alleged as to count(s) 1, 4 that said defendant(s) Gabriel Eric Ortiz personally used a firearm, a handgun, within the meaning of Penal Code section 12022.53(b).

*****

* * * * *

It is further alleged as to each count, pursuant to Penal Code section 1170, subdivision (b)(2), that the following circumstances may apply in this case:

1. The crime involved great violence, great bodily harm, threat of great bodily harm, or other acts disclosing a high degree of cruelty, viciousness, or callousness;
2. The defendant was armed with or used a weapon at the time of the commission of the crime;
3. The victim was particularly vulnerable;
4. The defendant induced others to participate in the commission of the crime or occupied a position of leadership or dominance of other participants in its commission;
5. The defendant was convicted of other crimes for which consecutive sentences could have been imposed but for which concurrent sentences are being imposed;
6. The defendant has engaged in violent conduct that indicates a serious danger to society;
7. The defendant's prior convictions as an adult or sustained petitions in juvenile delinquency proceedings are numerous or of increasing seriousness;
8. And any other aggravating factors that may be permitted by law.

\* \* \* \* \*

**NOTICE TO DEFENDANT AND DEFENDANT'S ATTORNEY**
Pursuant to Penal Code Sections 1054.5.(b), the People are hereby informally requesting that defense counsel provide discovery to the People as required by Penal Code Section 1054.3.

**NOTICE TO ATTORNEY**
The materials accompanying this notice may include information about witnesses. If so, these materials are disclosed to you pursuant to Penal Code section 1054.2 which provides: "No attorney may disclose or permit to be disclosed to a defendant the address or telephone number of a victim or witness whose name is disclosed to the attorney pursuant to subdivision (a) of Section 1054.1 unless specifically permitted to do so by the court after a hearing and a showing of good cause."

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT AND THAT THIS COMPLAINT CONSISTS OF 4 COUNT(S).

Executed at Victorville, California, on February 13, 2023

Britt Imes
_____
Britt Imes
DECLARANT AND COMPLAINANT

Agency: Victorville City Police Dept          Prelim Est.

| Defendant | Birth Date | Booking No | CII No. | NCIC |
|---|---|---|---|---|
| Eloy Anthony Ortiz | 2000-03-23 | 2302370264 | A41055791 | |
| Gabriel Eric Ortiz | 2002-04-23 | 2302370265 | A41055969 | |

Complaint   DA CASE NO: 2023-00-0007421

**EXHIBIT "2"**



**SUPERIOR COURT OF CALIFORNIA,
COUNTY OF SAN BERNARDINO**
Victorville District
14455 Civic Drive, Suite 200
Victorville, CA 92392
www.sb-court.org
760-245-6215

|  | People of the State of California vs. |  |
|---|---|---|
| Defendant: Gabriel Eric Ortiz | | |
| Aliases: | | |
| Date of Birth: 4/23/2002 | | |
| **ORDER FOR RELEASE** | | Case Number<br>FVI23000492 |

Charges: PC12022.53(D)-E, PC12022.53(C)-E, PC12022.53(B)-E, PC664-PC187(A)-F, PC245(A)(2)-F, PC12022.5(A)-(D)-A, PC12022.5(A)-(D)-A, PC245(A)(2)-F, PC12022.53(D)-E, PC246-F, PC12022.53(C)-E, PC12022.53(B)-E

Date: 9/21/2023      Judicial Officer Rasheed S Alexander      Department V1 - Victorville,

**To: Sheriff, County of San Bernardino**

I certify the forgoing is a true copy of the order rendered on **9/21/2023** by the above named Judge.

**Clerk of the Court**



**Date:** 9/21/2023                                      Lizzet Flores