# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GABRIEL ORTIZ<br><br>PLAINTIFF(S)<br><br>v.<br><br>THE COUNTY OF SAN BERNARDINO, et al.<br><br>DEFENDANT(S). | CASE NUMBER:<br><br>5:25–cv–02443–SSS–AJR<br><br><br>**NOTICE TO FILER OF DEFICIENCIES IN ATTORNEY CASE OPENING** |

**PLEASE TAKE NOTICE:**

The following problem(s) have been found with your electronically filed document:

____    ____    ____

Date Filed    Doc. No.    Title of Doc.

**ERROR(S) WITH DOCUMENT:**

*Other Error(s):*

Attachment # 1 Summons, Attachment # 2 Certificate of interested parties should not have been attached to Docket Entry No.2 Each document should have been filed separately. You are not required to take any action to correct this deficiency unless the Court so directs

Clerk, U.S. District Court

Dated: September 26, 2025      By: /s/ *Estrella Liberato  Estrella_Liberato@cacd.uscourts.gov*
        Deputy Clerk